Richard LAMPHERE, Appellant,

v.

John MATHES; John F. Ault; Kris Weitzell; Dennis E. Potter; Bob Coady; Jeff Panken, Capt.; T. Sparks, Lt.; Nobel, Lt.; Vicky McQuistion, Appellees.

No. 00–3600.

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2001.

Filed: July 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Iowa inmate Richard Lamphere appeals the 28 U.S.C. § 1915A(b) dismissal of Lamphere's civil rights complaint against prison officials for transferring him to another prison and reducing his class status. Having reviewed the record, we conclude the district court properly dismissed Lamphere's complaint for the reasons explained in the court's order. *See Sandin v. Conner,* 515 U.S. 472, 483–84, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995); *Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam); *Goff v. Burton,* 91 F.3d 1188, 1191 (8th Cir.1996). Although Lamphere complains the district court did not permit him to amend his complaint before dismissal, he did not seek leave to amend. *See Christiansen v. Clarke,* 147 F.3d 655, 657–58 (8th Cir.), *cert. denied,* 525 U.S. 1023, 119 S.Ct. 554, 142 L.Ed.2d 461 (1998). The court also did not abuse its discretion when it refused to appoint counsel for Lamphere. *See Johnson v.*

*Williams,* 788 F.2d 1319, 1322–23 (8th Cir. 1986).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Lamphere's pending motion for appointment of counsel.